| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
| --- | --- |

| | |
| --- | --- |
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §            NO. 1:19-cr-160 |
| | § |
| CHAD VINCENT MORRIS, | § |
| | § |
| Defendant. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's *pro se* motion to modify his term of imprisonment. (Doc. No. 71.)  The parties have not filed objections to the report.

A judgment of conviction imposing a sentence of imprisonment "constitutes a final judgment and may not be modified by a district court except in limited circumstances." *Dillon v. United States*, 560 U.S. 817, 824 (2010) (internal quotation marks and citation omitted); *see also* 18 U.S.C. §§ 3582(b), (c).  Morris has not advanced a potentially viable claim that would qualify under these narrow exceptions. Therefore, it is

**ORDERED** that the report and recommendation of the United States magistrate judge is **ADOPTED** and the Defendant's motion (Doc. No. 71) is **DENIED**.  Morris filed a subsequent *pro se* motion (Doc. No. 78) seeking relief identical to the request posed in his initial motion to modify and addressed in the magistrate judge's report.  This motion is also **DENIED**.  Any remedy related to calculation of "good time" lies with the Bureau of

Prison which has the authority to administer and calculate the Defendant's imposed

prison term.

SIGNED at Beaumont, Texas, this 20th day of July, 2022.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE